UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARQUARION HENDERSON,

Plaintiff,

v.

MICHIGAN DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

Case No. 24-cv-11903

Honorable Robert J. White

**JUDGMENT**

The Court has granted defendants' motions for summary judgment and denied plaintiff's cross-motion for summary judgment.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff. Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: s/Tara Villereal
Deputy Clerk

August 14, 2026

Approved: s/ Robert J. White
Robert J. White
United States District Judge